# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00260-CV

**J. W., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
## NO. 18-0068-CPSCL, THE HONORABLE BRANDY HALLFORD, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant J. W. filed his notice of appeal on April 17, 2019. The appellate record was complete May 6, 2019, making appellant's brief due May 28, 2019. On May 28, 2019, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than June 11, 2019. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on May 28, 2019.

Before Justices Goodwin, Baker, and Triana